# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARY POLLARD,

|  | |  |
|---|---|---|
| Plaintiff, | : | Case No. 3:15-cv-288 |
| | | District Judge Thomas M. Rose |
| - vs - | | Magistrate Judge Michael R. Merz |

TONYA FRANK, et al.,

|  | |  |
|---|---|---|
| Defendants. | : | |

---

# ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on September 8, 2015, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the above-captioned action be dismissed without prejudice for lack of subject matter jurisdiction.

September 14, 2015                                          *s/Thomas M. Rose

                                          _____
                                               Thomas M. Rose
                                          United States District Judge

1